```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 03224
     ARTHUR MAYBERRY
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
     SSN XXX-XX-7825


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/13/2008 and was confirmed 04/07/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 11/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                 PAID            PAID
--------------------------------------------------------------------------------
CAPITAL ONE                 UNSECURED             965.86            .00             .00
COMMONWEALTH EDISON         UNSECURED             244.16            .00             .00
AT&T                        UNSECURED         NOT FILED             .00             .00
CREDIT MANAGEMENT INC       UNSECURED         NOT FILED             .00             .00
IC SYSTEMS                  UNSECURED         NOT FILED             .00             .00
MEDICAL COLLECTIONS SYS     UNSECURED         NOT FILED             .00             .00
MRSI                        UNSECURED         NOT FILED             .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED             225.83            .00             .00
NICOR GAS                   UNSECURED             755.52            .00             .00
SUN CASH LOANS              UNSECURED         NOT FILED             .00             .00
HSBC AUTO FINANCE           SECURED VEHIC      12090.00         236.58          630.31
HSBC AUTO FINANCE           UNSECURED             995.35            .00             .00
WILSHIRE MTG                CURRENT MORTG           .00             .00             .00
WILSHIRE MTG                MORTGAGE ARRE           .00             .00             .00
WILSHIRE MTG                CURRENT MORTG           .00             .00             .00
WILSHIRE MTG                MORTGAGE ARRE           .00             .00             .00
IL STATE DISBURSEMENT UN    DSO ARREARS      NOT FILED             .00             .00
SARNELL JEFFERSON           NOTICE ONLY      NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY          646.50                         646.50
TOM VAUGHN                  TRUSTEE                                             131.61
DEBTOR REFUND               REFUND                                                  .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                    1,645.00

PRIORITY                                           .00
SECURED                                         630.31
   INTEREST                                     236.58
UNSECURED                                          .00

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 08 B 03224 ARTHUR MAYBERRY
```

```
ADMINISTRATIVE                                                  646.50
TRUSTEE COMPENSATION                                            131.61
DEBTOR REFUND                                                      .00
                                      ---------------    ---------------
TOTALS                                      1,645.00           1,645.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
    Dated: 02/24/09               _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE